UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SEWMATTIE LILIAH, SHYMEEKA FAIRLEY, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

v.

PERSONAL TOUCH HOME CARE OF LONG ISLAND, INC. and ROBERT CAIONE,

                Defendants.

**Case No.:** 23-cv-03290

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs SEWMATTIE LILIAH and SHYMEEKA FAIRLEY hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated July 19, 2023, and annexed hereto as **Exhibit A**.

Dated: July 24, 2023

                                      Respectfully submitted,

                          By:

                                      C.K. Lee, Esq. (CL 4086)
                                      LEE LITIGATION GROUP, PLLC
                                      148 West 24th Street, 8th Floor
                                      New York, NY 10011
                                      Tel.: (212) 465-1188
                                      Fax: (212) 465-1181
                                      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Adam S. Gross, Esq.
JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000
adam.gross@jacksonlewis.com

By: _____
C.K. Lee, Esq.