**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SEWMATTIE LILIAH, SHYMEEKA FAIRLEY, *on behalf of them, FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

v.

PERSONAL TOUCH HOME CARE OF LONG ISLAND, INC. and ROBERT CAIONE,

                Defendants.

**Case No.**: 23-cv-03290

**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PERSONAL TOUCH HOME CARE OF LONG ISLAND, INC. and ROBERT CAIONE, (collectively, "Defendants"), having offered to allow Plaintiffs SEWMATTIE LILIAH and SHYMEEKA FAIRLEY ( collectively, "Plaintiffs") to take a judgment against them, in the sum of Sixty Thousand Dollars and Zero Cents ($60,000.00), inclusive of reasonable attorneys' fees, costs, and expenses, to resolve, in their entirety, all of the claims asserted by Plaintiffs in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 19, 2023 and filed as Exhibit A to Docket Number 16;

    **WHEREAS**, on July 24, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 16);

    It is **ORDERED and ADJUDGED, t**hat judgment is entered in favor of Plaintiffs SEWMATTIE LILIAH and SHYMEEKA FAIRLEY, in the sum of $60,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 19, 2023 and filed as Exhibit A to Docket Number 16. The Clerk of Court is respectfully directed to close this case.

Dated: July 26, 2023
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT
BY: *Jalitza Poveda*
        Deputy Clerk